# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TODD BOWERMAN,

        Plaintiff,

v.

NICK LYON, SUSAN K. PRINE, and SAGINAW COUNTY

        Defendants.

Case No. 17-13903
Hon. Terrence G. Berg
Hon. Patricia T. Morris

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 35)

This matter is before the Court on Magistrate Patricia T. Morris' June 20, 2018 Report and Recommendation (Dkt. 33), recommending that Plaintiff's Complaint be dismissed sua sponte either with prejudice for lack of subject matter jurisdiction, or without prejudice for failure to state a claim.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation.

1

28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of June 20, 2018—that Plaintiff's complaint be dismissed with prejudice for lack of subject matter jurisdiction—as this Court's findings of fact and conclusions of law.

We agree with the Magistrate Judge that although difficult to decipher and couched in language about the overarching illegitimacy of the Michigan child support system, Plaintiff's chief complaint appears to be challenging the particular child-support order entered against him. Indeed the relief he requests is that the collections case against him be terminated and all of the child support he has paid thus far be refunded. Dkt. 1 at Pg ID 23.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris' Report and Recommendation of June 20, 2018 is **ACCEPTED** and **ADOPTED** and that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: July 31, 2018  s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on July 31, 2018.

s/A. Chubb
Case Manager